UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NAVIGATORS MANAGMENT, INC.,            :
:
                Plaintiff,          :
:  21-CV-11134 (VSB)
      -against-                :
:  **ORDER**
:
EVERGREEN MARINE (UK) LIMITED, et      :
al.,                                   :
:
                Defendants.        :
:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       On May 10, 2022, I issued an initial pretrial conference order, directing the parties to submit a joint letter and proposed case management plan and scheduling order on or before May 24, 2022. (Doc. 18.) The parties have not done so. Accordingly, the parties are hereby:

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than May 27, 2022. If the parties fail to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 25, 2022
            New York, New York

_____
VERNON S. BRODERICK
United States District Judge