UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                    :
NAVIGATORS MANAGMENT, INC.,                         :
                                                    :
                              Plaintiff,            :
                                                    :            21-CV-11134 (VSB)
                  -against-                         :
                                                    :            **ORDER**
                                                    :
EVERGREEN MARINE (UK) LIMITED, et                  :
al.,                                                :
                                                    :
                              Defendants.           :
                                                    :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On April 26, 2022, I accepted this case as related to *All-Ways Forwarding Int'l, Inc. v. M/V Ever Liberal et al.*, 21-cv-11071-VSB, and this case was reassigned to me from Judge Furman.  On May 10, 2022, I issued an initial pretrial conference order, directing the parties to submit a joint letter and proposed case management plan and scheduling order on or before May 24, 2022.  (Doc. 18.)  The parties did not do so.  On May 25, 2022, I ordered the parties to file the joint letter and proposed case management plan and scheduling order by no later than May 27, 2022.  (Doc. 19.)  I warned, "If the parties fail to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  (*Id.*)  The parties did not do so. Accordingly, the parties are hereby:

ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than June 2, 2022.  The joint letter should include an explanation for the parties' failure to abide by two court orders.  If the parties fail to file the joint letter and proposed case management plan and scheduling order by June 2, 2022, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 31, 2022
          New York, New York

VERNON S. BRODERICK
United States District Judge