**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NAVIGATORS MANAGMENT, INC.,

                             Plaintiff,                 **21-CV-11134 (VSB) (VF)**

              -against-                           **ORDER**

EVERGREEN MARINE (UK) LIMITED, et al.,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Friday, June 10, 2022,** providing the Court an update on the status of any settlement discussions and whether the parties would like to schedule a settlement conference at this time.

      **SO ORDERED.**

DATED:    New York, New York
                June 3, 2022

                                                     _____
                                                     VALERIE FIGUEREDO
                                                     United States Magistrate Judge